## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL REAVES, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WORLDWIDE GOLF SHOPS, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-25-00453-JD<br>)<br>)<br>)<br>) |

### **ORDER**

Before the Court is Defendant Worldwide Golf Shops, LLC's Motion to Dismiss Plaintiff's Complaint with Prejudice or, in the alternative Strike Class Allegations [Doc. No. 20] under Federal Rule of Civil Procedure 12(b)(6). Plaintiff Paul Reaves timely filed an amended complaint [Doc. No. 21] under Rule 15(a)(1)(B), thereby "supersed[ing] the original and render[ing] it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). *See also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

Defendant Worldwide Golf Shops, LLC's motion to dismiss [Doc. No. 20] is therefore DENIED AS MOOT.

IT IS SO ORDERED this 18th day of July 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JODI W. DISHMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE