**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

PAUL REAVES, individually and on behalf )
of a class of all persons and entities similarly )    Civil Action No. 5:25-cv-453-JD
situated, )
  )
    Plaintiff, )
  )
vs. )
  )
  )
WORLDWIDE GOLF SHOPS, LLC )
  )
    Defendant. )

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS.**

Plaintiff Paul Reaves respectfully moves this Court for a 30-day extension of time to respond to Defendant's Motion to Dismiss (ECF No. 23). In support of this Motion, Plaintiff states as follows:

1. Under Local Civil Rule 7.1(e), Plaintiff's response to the Motion to Dismiss is currently due on August 15, 2025.

2. Plaintiff requests a 30-day extension beyond that deadline, resulting in a new response deadline of September 15, 2025.

3. This extension is requested to allow Plaintiff adequate time to respond to the arguments raised in the Motion to Dismiss and to accommodate counsel's scheduling obligations.

4. Defendant consents to the requested extension.

5. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension.

1

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the

deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 23) to September

15, 2025.


Dated: August 6, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com