IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL REAVES, individually and on behalf of a class of all persons and entities similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>WORLDWIDE GOLF SHOPS, LLC,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-25-00453-JD<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss ("Motion"). [Doc. No. 24]. Plaintiff seeks to extend the deadline to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint with Prejudice or, in the Alternative, Strike Class Allegations [Doc. No. 23] by thirty (30) days.[1] The Motion explains that this request is necessary "to allow Plaintiff adequate time to respond to the arguments raised in the Motion to Dismiss and to accommodate counsel's scheduling obligations." Motion ¶ 3.

---

[1] Plaintiff indicates that "[u]nder Local Civil Rule 7.1(e), [his] response to the Motion to Dismiss is currently due on August 15, 2025," so a thirty-day extension would "result[] in a new response deadline of September 15, 2025." Motion ¶¶ 1–2. Defendant filed its motion to dismiss on August 1, 2025, so under Local Civil Rule 7.1(g), Plaintiff's current deadline to respond is actually August 22, 2025. *See* [Doc. No. 23]. Thus, a thirty-day extension would result in a new deadline of September 22, 2025. *Cf.* Fed. R. Civ. P. 6(a)(1)(C) (explaining that when a period stated in days ends on a Sunday, the period continues to run until the end of the next day).

Local Civil Rule 7.1(g) provides that a response to a motion is due within 21 days after the date that a motion is filed. However, in its discretion, the Court "may shorten or lengthen the time in which to respond." *Id.*; *see also* LCvR1.2(c) ("The trial judge has discretion in any civil or criminal case to waive any requirement of these local rules when the administration of justice requires."). Here, the Court finds that an extension is warranted for the reasons stated in the Motion. Therefore, the Motion is GRANTED.

Plaintiff's deadline to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint with Prejudice or, in the Alternative, Strike Class Allegations [Doc. No. 23] is EXTENDED to **September 22, 2025**. Any optional reply, addressing new information only, must be filed within 7 days after the filing of the response. *See* LCvR7.1(h).

IT IS SO ORDERED this 6th day of August 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE