IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL REAVES, individually and on behalf of all persons and entities similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 5:25-CV-00453-JD |
| WORLDWIDE GOLF SHOPS LLC, | § § § | |
| Defendant. | § | |

### DEFENDANT WORLDWIDE GOLF SHOPS LLC'S
### MOTION FOR LEAVE TO FILE LETTER BRIEF

Defendant Worldwide Golf Shops LLC ("WGS") respectfully moves for leave to file the attached Letter Brief. This motion and proposed Letter Brief are submitted to address Plaintiff Paul Reaves's ("Plaintiff") citation to *Bosley v. A Bradley Hospitality LLC*, No. 25-cv-22336-BLOOM (S.D. Fla. Sept. 18, 2025), which was introduced for the first time in Plaintiff's Reply in Support of Motion for Leave to File Sur-Reply in Opposition to [WGS's] Motion to Dismiss [ECF No. 32]. Attached as **Exhibit 1** are copies of the proposed Letter Brief, a Lexis+™ copy of the *Bosley* decision, the *Bosley* motion to dismiss, and the *Bosley* response. WGS respectfully requests that the Court grant this motion, permit the filing of the attached Letter Brief, and award such other and further relief as the Court deems just and proper.

                              Respectfully submitted,

                              JACKSON LEWIS P.C.

                By: */s/ Michael J. DePonte*
                     Michael DePonte
                     OBN 35022
                     Michael.DePonte@jacksonlewis.com
                     500 N. Akard Street, Ste. 2500
                     Dallas, TX 75201
                     PH: (214) 520-2400
                     FX: (214) 520-2008

                     **ATTORNEYS FOR DEFENDANT**
                     **WORLDWIDE GOLF SHOPS LLC**

## CERTIFICATE OF CONFERENCE

On September 26, 2025, counsel for Defendant Worldwide Golf Shops, LLC conferred with counsel for Plaintiff regarding the relief sought by this motion. Counsel for Plaintiff has stated that he is **OPPOSED** to the filing of this motion.

                            By: */s/ Michael J. DePonte*
                                  Michael J. DePonte