IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL REAVES, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDWIDE GOLF SHOPS, LLC<br><br>Defendant. | Civil Action No. 5:25-cv-453-JD |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE A NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully moves for leave to file the attached proposed Notice of Supplemental Authority in support of his opposition to the motion to dismiss (ECF No. 27) to address a decision entered last week in *Wilson v. Medvidi, Inc.,* 2025 WL 2856295 (N.D. Cal. Oct. 7, 2025**)**. This proposed Notice is attached as Exhibit 1. In support thereof, the Plaintiff states:

1.    In its briefing, Defendant has argued that Section 227(c) of the Telephone Consumer Protection Act does not extend to text messages. Those positions, however, have now been considered by other federal courts, and recent decisions confirm that the protections of Section 227(c) apply to text messages sent to cellular telephones and that the statutory text and purpose continue to reach unwanted solicitations regardless of the technological form they take.

2.      These new decisions are particularly relevant to the issues pending before this Court. Defendant's Reply heavily relies on cases such as *Jones v. Blackstone Medical Services* and *Davis v. CVS Pharmacy* to argue that a so-called "consensus" has developed that Section 227(c) applies only to voice calls. But subsequent authority has expressly declined to adopt that narrow view, concluding instead that a text message is plainly treated as a call for purposes of the TCPA. The recent opinions emphasize that the ordinary public meaning of the statute at the time of enactment does not foreclose application to text messages, and that courts are obligated to apply ordinary statutory interpretation principles to effectuate Congress's intent to protect consumers from unwanted intrusions.

For these reasons, Plaintiff respectfully requests that the Court grant this Motion for Leave to File Notice of Supplemental Authority and permit Plaintiff to file the attached Notice so that the Court may consider this important and directly relevant authority in deciding the issues raised by Defendant's Motion to Dismiss.

## LCvR 15.1 Conference

Pursuant to LCvR15.1, Plaintiff's counsel conferred with Defendant's counsel on October 14, 2025 and this Motion is opposed.

Dated: October 14, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

1

(508) 221-1510
anthony@paronichlaw.com

Matthew Alison, OBA 32723
Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

2