**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PAUL REAVES, individually and on behalf of a class of all persons and entities similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-25-00453-JD |
| WORLDWIDE GOLF SHOPS, LLC, | ) | |
| Defendant. | ) | |

**JUDGMENT**

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 14th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE