**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: September 17, 2026

| | | |
|---|---|---|
| PAUL REAVES, individually and on behalf of a class of all persons and entities similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-25-00453-JD |
| WORLDWIDE GOLF SHOPS, LLC, | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

The Court STRIKES the Amended Complaint [Doc. No. 42] as it was filed after the Court entered an order dismissing the action and a judgment of dismissal [Doc. Nos. 40, 41].

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: */s/ Carol Ditta*
Deputy Clerk